**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 22 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEREMIAH JAMES PETLIG, | No. 19-35672 |
| Plaintiff-Appellant, | D.C. No. 2:18-cv-00721-MJP |
| v. | |
| C. HARRAWAY, Officer, | MEMORANDUM[*] |
| Defendant-Appellee, | |
| and | |
| SCOTT CARTER-ELDRED; et al., | |
| Defendants. | |

Appeal from the United States District Court
for the Western District of Washington
Marsha J. Pechman, District Judge, Presiding

Submitted July 14, 2020[**]

Before:     CANBY, FRIEDLAND, and R. NELSON, Circuit Judges.

Washington state prisoner Jeremiah James Petlig appeals pro se from the

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

district court's summary judgment in his 42 U.S.C. § 1983 action alleging inadequate medical care while he was a pretrial detainee.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo, *Gordon v. County of Orange*, 888 F.3d 1118, 1122 (9th Cir. 2018), and we affirm.

The district court properly granted summary judgment because Petlig failed to raise a genuine dispute of material fact as to whether Harraway's response to Petlig's request for immediate medical attention was objectively unreasonable.  *See Gordon*, 888 F.3d at 1124-25 (setting forth objective deliberate indifference standard for Fourteenth Amendment inadequate medical care claims brought by pretrial detainees).

**AFFIRMED.**